UNITED STATES of America,
Plaintiff–Appellee

v.

Shannon Guess RICHARDSON,
Defendant–Appellant.

No. 14–40789
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 4, 2015.

Laurel Franklin Coan, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, Dan Ryan Locker, Assistant U.S. Attorney, U.S. Attorney's Office, Texarkana, TX, for Plaintiff–Appellee.

James Wesley Volberding, Esq., Tyler, TX, for Defendant–Appellant.

Shannon Guess Richardson, Aliceville, AL, pro se.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Shannon Guess Richardson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Richardson has not filed a response. Counsel also moves to seal the record excerpts on appeal because they contain documents that were sealed in the district court.

The record is not sufficiently developed to allow us to make a fair evaluation of any claims of ineffective assistance of counsel which Richardson wishes to raise; we therefore decline to consider any such claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motions to seal the record excerpts and for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.